CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
sder@akingump.com

Attorneys for DEFENDANT ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.  2:08-CV-00889-GEB-DAD<br><br>**DEFENDANTS ERNST & YOUNG LLP'S AND ERNST & YOUNG U.S. LLP'S RE-NOTICE OF MOTION TO TRANSFER**<br><br>Date:   June 30, 2008<br>Time:   9:00 AM<br>Ctrm:   10 |

---

DEFENDANTS ERNST & YOUNG LLP'S AND ERNST & YOUNG U.S. LLP'S RE-NOTICE OF MOTION TO TRANSFER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 30, 2008, at 9:00 a.m. in Courtroom 10 of the above-entitled court, located at 501 I Street, Suite 4-200, Sacramento, California 95814, defendants Ernst & Young LLP and Ernst & Young U.S. LLP will and hereby do move for an order, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the Northern District of California.

Defendants seek an order transferring this action to Judge Jeremy Fogel in the Northern District of California. The basis of defendants' motion is that *Ho v. Ernst & Young LLP*, Case No. CV 05-04867, a substantially similar action, has been pending before Judge Fogel in the Northern District of California since 2005, and the interests of justice and convenience to the parties favor transfer.

This Motion is based upon this Notice of Motion and the Memorandum of Points and Authorities filed on May 5, 2008, the Declaration of Daria Hodapp filed on May 5, 2008, the Declaration of Stephanie Der filed on May 5, 2008, any matter upon which the Court may take judicial notice, all pleadings and papers in the Court's file, and upon such argument as may be made at the hearing on this Motion.

Dated: May 16, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
Catherine A. Conway
Gregory W. Knopp
Anastasia M. Boles
Stephanie S. Der

By  /s/ Stephanie S. Der
Stephanie S. Der
Attorneys for Defendant Ernst & Young LLP

---

1

DEFENDANTS ERNST & YOUNG LLP'S AND ERNST & YOUNG U.S. LLP'S RE-NOTICE OF MOTION TO TRANSFER

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On May 16, 2008, I served the foregoing document(s) described as: **DEFENDANTS ERNST & YOUNG LLP'S AND ERNST & YOUNG U.S. LLP'S RE-NOTICE OF MOTION TO TRANSFER** on the interested party(ies) below, using the following means:

| | |
|---|---|
| Wayne S. Kreger, Esq. | Steven Elster, Esq. |
| William A. Baird, Esq. | Law Offices of Steven Elster |
| Milstein, Adelman & Kreger, LLP | 785/E2 Oak Grove Road #201 |
| 2800 Donald Douglas Loop North | Concord, CA 94518-3617 |
| Santa Monica, CA 90405 | 925.945.1276 (fax) |
| 310.396.9635 (fax) | |

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. §

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on May 16, 2008 at Los Angeles, California.

<u>Tracy Howe</u>                   <u>/s/ Tracy Howe               /</u>
[Print Name of Person Executing Proof]    [Signature]