1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  ANASTASIA M. BOLES (SBN 224980)
   STEPHANIE S. DER (SBN 240576)
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
4  Los Angeles, California 90067-3012
   Telephone:    310-229-1000
5  Facsimile:    310-229-1001
   cconway@akingump.com
6  gknopp@akingump.com
   aboles@akingump.com
7  sder@akingump.com

8  Attorneys for DEFENDANT ERNST & YOUNG
   LLP
9

10

11
                    UNITED STATES DISTRICT COURT
12
                  EASTERN DISTRICT OF CALIFORNIA
13
                       SACRAMENTO DIVISION
14

15
   JOSEPH LANDON, individually and      Case No.  2:08-cv-00889-GEB-DAD
16 on behalf of all others similarly
   situated,                            **STIPULATION AND [PROPOSED]
17                                       ORDER TO TRANSFER ACTION
                    Plaintiffs,          TO NORTHERN DISTRICT OF
18                                       CALIFORNIA**
          v.
19
   ERNST & YOUNG LLP, a limited
20 liability partnership; ERNST &
   YOUNG U.S. LLP, a limited liability
21 partnership; and DOES 1-100,
   inclusive,
22
                    Defendants.
23

24

25

26

27

28

   _____
   STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF
                                   CALIFORNIA

1    Plaintiff Joseph Landon ("Plaintiff") and Defendants Ernst & Young LLP and

2 Ernst & Young U.S. LLP ("Defendants"), by and through their respective counsel,

3 hereby agree and stipulate as follows:

4    **WHEREAS,** *Ho v. Ernst & Young LLP*, Case No. CV 05-04867 ("The *Ho*

5 Action") was filed on September 27, 2005 in Santa Clara County Superior Court and

6 was removed to the United States District Court for the Northern District of California

7 on November 29, 2005;

8    **WHEREAS,** the instant action was filed in Placer County Superior Court on

9 February 21, 2008 and was removed to this Court on April 25, 2008;

10    **WHEREAS,** on May 5, 2008, Defendants filed a Motion to Transfer this action

11 to the Northern District on the grounds that it involves substantially similar claims and

12 putative classes to those alleged in the *Ho* Action, and therefore transfer would promote

13 the interests of justice and convenience to the parties and witnesses;

14    **WHEREAS,** Plaintiff does not oppose the Motion to Transfer;

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF
CALIFORNIA

1    **THE PARTIES HEREBY STIPULATE** that this action should be transferred to

2    the Northern District and respectfully request an order to that effect.

3

4    Dated: 06/03/08

LAW OFFICE OF STEVEN ELSTER

5    By_____

6    Steven Elster
Attorneys for Plaintiff Joseph Landon

7

8    Dated: 6.3.08

AKIN GUMP STRAUSS HAUER &
FELD LLP

9    By_____

10    Anastasia M. Boles
Attorneys for Defendant Ernst & YOUNG LLP

11    and Ernst & Young U.S. LLP

12

13    **IT IS SO ORDERED.**

14

15

16    Dated: _____

_____
Judge Garland E. Burrell

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | <div align="center">STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</div> |

1

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, CA 90067. On June 3, 2008, I served the foregoing document(s) described as:

4    **STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA** on the interested party(ies) below, using the

5    following means:

6

7    Steven Elster, Esq.
Law Offices of Steven Elster
785/E2 Oak Grove Road #201

8    Concord, CA 94518-3617
925.945.1276 (fax)

9

10    ☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and

11    mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed

12    for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

13    Wayne S. Kreger, Esq.
William A. Baird, Esq.

14    Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North

15    Santa Monica, CA 90405
310.396.9635 (fax)

16

17    ☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the

18    respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was

19    unsuccessful.

20    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

21    Executed on June 3, 2008 at Los Angeles, California.

22

23

24    Tracy Howe
[Print Name of Person Executing Proof]                    [Signature]

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA