CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
sder@akingump.com

Attorneys for DEFENDANT ERNST & YOUNG LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.  2:08-cv-00889-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA** |

1  Plaintiff Joseph Landon ("Plaintiff") and Defendants Ernst & Young LLP and
2  Ernst & Young U.S. LLP ("Defendants"), by and through their respective counsel,
3  hereby agree and stipulate as follows:
4  **WHEREAS**, *Ho v. Ernst & Young LLP*, Case No. CV 05-04867 ("The *Ho*
5  Action") was filed on September 27, 2005 in Santa Clara County Superior Court and
6  was removed to the United States District Court for the Northern District of California
7  on November 29, 2005;
8  **WHEREAS,** the instant action was filed in Placer County Superior Court on
9  February 21, 2008 and was removed to this Court on April 25, 2008;
10 **WHEREAS,** on May 5, 2008, Defendants filed a Motion to Transfer this action
11 to the Northern District on the grounds that it involves substantially similar claims and
12 putative classes to those alleged in the *Ho* Action, and therefore transfer would promote
13 the interests of justice and convenience to the parties and witnesses;
14 **WHEREAS,** Plaintiff does not oppose the Motion to Transfer;

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA

**THE PARTIES HEREBY STIPULATE** that this action should be transferred to the Northern District and respectfully request an order to that effect.

Dated: _____      LAW OFFICE OF STEVEN ELSTER

By_____
  Steven Elster
Attorneys for Plaintiff Joseph Landon

Dated: _____      AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
  Anastasia M. Boles
Attorneys for Defendant Ernst & YOUNG LLPT and Ernst & Young U.S. LLP

**IT IS SO ORDERED.**

Dated: 6/5/08

_____
GARLAND E. BURRELL, JR.
United States District Judge