# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–00889–GEB–DAD

Landon v. Ernst &Young LLP et al  
Assigned to: Judge Garland E. Burrell, Jr  
Referred to: Magistrate Judge Dale A. Drozd  
Demand: $5,000,000  
Cause: 28:1441 Petition for Removal– Labor/Mgmnt. Relations  

Date Filed: 04/25/2008  
Date Terminated: 06/06/2008  
Jury Demand: Plaintiff  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Joseph Landon**        represented by **William Anthony Baird**
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
310–396–960–0187
Fax: 310–396–9635
Email: tbaird@maklawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ernst &Young LLP**        represented by **Anastasia Melinda Boles**
Akin Gump Strauss Hauer and Feld
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
310–229–1000
Fax: 310–229–1001
Email: aboles@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine A. Conway**
Akin Gump Strauss Hauer &Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
310–552–6435
Fax: 310–552–6746
Email: cconway@akingump.com
*ATTORNEY TO BE NOTICED*

**Gregory William Knopp**
Akin Gump Strauss Hauer and Feld LLP (Los Angeles)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 552–6436
Fax: (310) 229–1001

Email: gknopp@akingump.com
*ATTORNEY TO BE NOTICED*

**Stephanie S. Der**
Akin Gump Strauss Hauer and Feld LLP (Los Angeles)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
310–728–3019
Fax: 310–229–1001
Email: sder@akingump.com
*TERMINATED: 06/04/2008*

**Defendant**

| | | |
|---|---|---|
| **Ernst &Young, US, LLP** | represented by | **Anastasia Melinda Boles**<br>(See above for address)<br>*LEAD ATTORNEY* |
| | | **Catherine A. Conway**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Gregory William Knopp**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephanie S. Der**<br>(See above for address)<br>*TERMINATED: 06/04/2008* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2008 | Ï 1 | CIVIL COVER SHEET by Ernst &Young LLP (Der, Stephanie) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 2 | NOTICE of REMOVAL *Pursuant to 28 U.S.C. §1332 (d)(2), 1441, 1446 and 1453* from Placer County Superior Court, case number S−CV−22497. by Ernst &Young LLP.(Der, Stephanie) (Entered: 04/25/2008) |
| 04/28/2008 | Ï | RECEIPT number #CAE200006617 $350.00 for Civil Filing Fee fbo Ernst &Young LLP et al by Catherine A. Conway on 4/28/2008. (Reader, L) (Entered: 04/28/2008) |
| 04/28/2008 | Ï 4 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 7/21/2008 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Attachments: # 1 Consent Forms, # 2 VDRP Forms) (Reader, L) (Entered: 04/28/2008) |
| 04/30/2008 | Ï 5 | CERTIFICATE of SERVICE by Ernst &Young, US, LLP, Ernst &Young LLP. *re Notice to Adverse Parties and the Superior Court of Removal of Action* (Attachments: # 1 Exhibit A)(Der, Stephanie) (Entered: 04/30/2008) |
| 04/30/2008 | Ï 6 | CERTIFICATE of SERVICE by Ernst &Young, US, LLP, Ernst &Young LLP re 4 Civil New Case Documents for GEB. (Der, Stephanie) (Entered: 04/30/2008) |
| 05/05/2008 | Ï 7 | MOTION to CHANGE VENUE by Ernst &Young, US, LLP, Ernst &Young LLP. Motion Hearing set for 06/02/08 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell |

| | | |
|---|---|---|
| | | Jr. (Der, Stephanie) Modified on 6/4/2008 (Benson, A). (Entered: 05/05/2008) |
| 05/05/2008 | Ï 8 | DECLARATION of Stephanie Der in Support of 7 Motion to Change Venue. (Der, Stephanie) Modified on 6/4/2008 (Benson, A). (Entered: 05/05/2008) |
| 05/16/2008 | Ï 9 | AMENDED NOTICE OF MOTION HEARING for 7 Motion to Transfer Venue. Motion Hearing set for 06/30/08 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. (Der, Stephanie) Modified on 6/4/2008 (Benson, A). (Entered: 05/16/2008) |
| 06/03/2008 | Ï 10 | STIPULATION and PROPOSED ORDER to Transfer Action to Northern District of California by Ernst &Young, US, LLP, Ernst &Young LLP. Attorney Boles, Anastasia Melinda added. (Boles, Anastasia) (Entered: 06/03/2008) |
| 06/06/2008 | Ï 11 | STIPULATION and ORDER 10 signed by Judge Garland E. Burrell, Jr. on 6/5/08 ORDERING this case transferred to the Northern District of California. CASE CLOSED. (Engbretson, K.) (Entered: 06/06/2008) |