CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com

Attorneys for Defendant ERNST & YOUNG LLP & ERNST & YOUNG U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. CV 08-02853-WHA<br><br>[Assigned for all purposes to the Honorable William H. Alsup]<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Complaint Filed: February 21, 2008 |

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 3-13, that the action *Landon v. Ernst & Young LLP and Ernst & Young U.S. LLP*, Case No. CV 08-02853, transferred to this Court on June 13, 2008, is related to the earlier-filed case *Ho v. Ernst & Young LLP*, Case No. CV 05-04867 that is pending in this Court. The *Landon* action involves substantially all of the same subject matter and parties as the *Ho* action which is pending in this Court.

*Ho v. Ernst & Young LLP*, Case No. CV 05-04867, was filed on September 27, 2005 in the Santa Clara County Superior Court and was removed to this Court on November 29, 2005. The *Ho* action is brought on behalf of a putative class of individuals who work or worked for Ernst & Young LLP ("Ernst & Young") in California in the job positions of Staff 1, Senior 1, and Senior 2. Ho First Amended Complaint ¶ 9. Plaintiffs challenge defendant's classification of these employees as exempt from California's overtime and meal break laws. *Id.* at ¶ 11.

*Landon v. Ernst & Young LLP and Ernst & Young U.S. LLP*, Case No. CV 08-02853, was filed in Placer County Superior Court on February 21, 2008, removed to the Eastern District on April 25, 2008, and transferred to this Court on June 13, 2008. The *Landon* case has been assigned to the Honorable William H. Alsup for all purposes. The *Landon* action is brought on behalf of a putative class of unlicensed "salaried exempt employees doing accounting work" in California, also challenging Ernst & Young's classification of such employees as exempt from California overtime and meal break laws. Landon Complaint ¶ 20. The putative class in the *Landon* action is substantially the same as the putative class in the *Ho* action.

Dated: June 20, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Anastasia M. Boles
Attorneys for Defendant Ernst & Young LLP

---

1

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

On June 20, 2008, I served the foregoing document(s) described as:

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Wayne S. Kreger, Esq. | Steven Elster, Esq. |
| William A. Baird, Esq. | Law Offices of Steven Elster |
| Milstein, Adelman & Kreger, LLP | 785/E2 Oak Grove Road #201 |
| 2800 Donald Douglas Loop North | Concord, CA 94518-3617 |
| Santa Monica, CA 90405 | Fax: (925) 945-1276 |
| Fax: (310) 396-9635 | |

☒ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2008 at Los Angeles, California.

Linda Tolbert
[Print Name of Person Executing Proof]

*Linda Tolbert*
[Signature]