1
2
3                    UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            SAN JOSE DIVISION
6
7
8   JOSEPH LANDON,                          Case Number CV-08-2853-JF
              Plaintiff,
9   V.                                      Case Management Conference

    ERNST & YOUNG,                          September 19, 2008
10            Defendant.
                                            CLERK'S NOTICE
11   _____

12

13  To all Parties and Attorneys of Record:

14  A Case Management Conference has been set on September 19, 2008 at 10:30 a.m.

15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor

16  of the U.S. District Court, 280 S. First St., San Jose, California.

17

18   August 8, 2008                          For the Court
                                             Richard W. Wieking, Clerk
19

20                                           By:    /s/
                                             Diana Munz
21                                           Courtroom Deputy Clerk

22
23
24
25
26
27
28