| | |
|---|---|
| WAYNE S. KREGER, ESQ.<br>WILLIAM A. BAIRD, ESQ.<br>**MILSTEIN, ADELMAN & KREGER, LLP**<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Telephone:  (310) 396-9600<br>Facsimile:   (310) 396-9635 | **E-Filed 10/24/08** |

STEVEN ELSTER, ESQ.
**LAW OFFICES OF STEVEN ELSTER**
785/E2 Oak Grove Road #201
Concord, CA 94518-3617
Telephone:  (925) 324-2159
Facsimile:   (925) 945-1276

*Attorneys for Plaintiff Joseph Landon*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN237615)
ANASTASIA M. BOLES (SBN 224980)
CHRISTOPHER BLANCHARD (SBN 250729)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

*Attorneys for Defendants Ernst & Young LLP & Ernst & Young U.S. LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-02853-JF<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 21, 2008 |

6298868

[Proposed] Order Continuing Case Management Conference - CV 08-02853-JF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties have stipulated to continue the Case Management Conference in this case until December 5, 2008 at 10:30 a.m. before Judge Jeremy Fogel in Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/24/08 , 2008        By _____
                                  The Honorable Jeremy Fogel
                                  JUDGE, UNITED STATES DISTRICT COURT