**E-Filed 1/8/09**

1  WAYNE S. KREGER, ESQ.
   WILLIAM A. BAIRD, ESQ.
2  **MILSTEIN, ADELMAN & KREGER, LLP**
   2800 Donald Douglas Loop North
3  Santa Monica, CA 90405
   Telephone:  (310) 396-9600
4  Facsimile:   (310) 396-9635

5  STEVEN ELSTER, ESQ.
   **LAW OFFICES OF STEVEN ELSTER**
6  785/E2 Oak Grove Road #201
   Concord, CA 94518-3617
7  Telephone:  (925) 324-2159
   Facsimile:   (925) 945-1276

8  *Attorneys for Plaintiff Joseph Landon*

10 CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN237615)
   ANASTASIA M. BOLES (SBN 224980)
11 CHRISTOPHER BLANCHARD (SBN 250729)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
12 2029 Century Park East, Suite 2400
   Los Angeles, CA 90067-3012
13 Telephone: 310-229-1000
   Facsimile: 310-229-1001

14 *Attorneys for Defendants Ernst & Young LLP & Ernst & Young U.S. LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. CV 08-02853-JF<br><br>ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 21, 2008 |

Stipulation To Continue Case Management Conference - CV 08-02853-JF

1  WHEREAS this Court has set a date of January 9, 2009 for the initial Case Management
2  Conference in this case; and
3  WHEREAS the need to respond to an ex parte motion in another matter means lead trial
4  counsel for Plaintiff Joseph Landon have unavoidable scheduling conflicts that prevent their
5  attendance at the Case Management Conference on January 9, 2009;
6  THE PARTIES HEREBY STIPULATE, by and through their respective undersigned counsel,
7  and pursuant to Local Rule 16-2(e) and the Standing Order Regarding Case Management of Civil
8  Cases in this Court, that:
9  1.  The initial Case Management Conference in this case be CONTINUED to January 16,
10  2009 at 10:30 a.m. before Judge Jeremy Fogel.
11  Respectfully submitted,

Dated: 01/08/09

LAW OFFICES OF STEVEN ELSTER

By _____
          Steven Elster
Attorneys for Plaintiff JOSEPH LANDON

Dated: 1/8/09

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
          Christopher Blanchard
Attorneys for Defendants ERNST & YOUNG LLP and
ERNST & YOUNG U.S. LLP

WAYNE S. KREGER, ESQ.
WILLIAM A. BAIRD, ESQ.
**MILSTEIN, ADELMAN & KREGER, LLP**
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

STEVEN ELSTER, ESQ.
**LAW OFFICES OF STEVEN ELSTER**
785/E2 Oak Grove Road #201
Concord, CA 94518-3617
Telephone: (925) 324-2159
Facsimile: (925) 945-1276

*Attorneys for Plaintiff Joseph Landon*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN237615)
ANASTASIA M. BOLES (SBN 224980)
CHRISTOPHER BLANCHARD (SBN 250729)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

*Attorneys for Defendants Ernst & Young LLP & Ernst & Young U.S. LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 08-02853-JF<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: February 21, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties have stipulated to continue the Case Management Conference in this case until January 16, 2009 at 10:30 a.m. before Judge Jeremy Fogel in Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/8/09 , 2009    By _____
　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT