1  Jeffrey K. Compton (SBN 142969)
   jcompton@mzclaw.com
2  Daria Dub Carlson (SBN 150628)
   dcarlson@mzclaw.com
3  William A. Baird (SBN 192675)
   tbaird@mzclaw.com
4  MARKUN ZUSMAN & COMPTON LLP
   17383 Sunset Boulevard, Suite A380
5  Pacific Palisades, California 90272
   Telephone: (310) 454-5900
6  Facsimile: (310) 454-5970

7  Wayne S. Kreger (SBN 154759)
   wkreger@maklawyers.com
8  MILSTEIN, ADELMAN & KREGER, LLP
   2800 Donald Douglas Loop North
9  Santa Monica, California 90405
   Telephone: (310) 396-9600
10 Facsimile: (310) 396-9635

11 Steven Elster (SBN 227545)
   manfromcal@sbcglobal.net
12 LAW OFFICE OF STEVEN ELSTER
   785/E2 Oak Grove Road, #201
13 Concord, California 94518-3617
   Telephone: (925) 324-2159
14 Facsimile: (925) 945-1276

15 Attorneys for Plaintiff Joseph Landon

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C-08-02853-JF<br><br>Assigned for all purposes to the Honorable Jeremy Fogel<br><br>Consolidated for Class Certification purposes with Case Nos. C-05004867-JF and C 05 04867-JF (HRL)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Joseph Landon ("Plaintiff") hereby substitutes William A. Baird of Markun Zusman & Compton LLP, as counsel of record in this action, in the place of Wayne S. Kreger of Milstein, Adelman & Kreger LLP. The full name and address of William A. Baird is as follows:

> William A. Baird (SBN 192675)
> tbaird@mzclaw.com
> MARKUN ZUSMAN & COMPTON LLP
> 17383 Sunset Boulevard, Suite A380
> Pacific Palisades, California 90272
> Telephone: (310) 454-5900
> Facsimile: (310) 454-5970

I CONSENT TO SUBSTITUTION:

Dated: June 30, 2009

_____
Joseph Landon

FORMER COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009          MILSTEIN, ADELMAN & KREGER LLP

                                         /s/ Wayne S. Kreger
                              By: _____

NEW COUNSEL CONSENTS TO SUBSTITUTION:

Dated: June 10, 2009          MARKUN ZUSMAN & COMPTON LLP

                                              /s/ William A. Baird
                              By: _____

### [PROPOSED] ORDER

This substitution is hereby approved. IT IS SO ORDERED.

Dated: 7/17/09                _____
                              Honorable Jeremy Fogel
                              UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND [PROPOSED] ORDER THEREON – C-08-02853-JF