MARK R. THIERMAN, (State Bar No. 72913)
LEON GREENBERG, (State Bar No. 226253)
THIERMAN LAW FIRM
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile:  (775) 703-5027

**E-Filed 9/2/2010**

H. TIM HOFFMAN, (State Bar No. 49141)
ARTHUR W. LAZEAR, (State Bar No. 83603)
ROSS L. LIBENSON, (State Bar No. 181912)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA  94612
Telephone:  (510) 763-5700
Facsimile:  (510) 835-1311

MAX FOLKENFLIK
FOLKENFLIK & MCGERITY
1500 Broadway, 21St Floor
New York, NY 10036
Telephone:  (212) 757-0400
Facsimile:  (212)757-2010

*Interim Lead Counsel for Plaintiffs*

CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER PETERSEN (SBN 260631)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HO, on behalf of himself and all others similarly situated and on behalf of  the general public and DOES #1-20,<br><br>             Plaintiffs,<br><br>      v.<br><br>ERNST & YOUNG, LLP,<br><br>             Defendants. | Case No. C 05 04867 (JF) (consolidated for class certification purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)<br><br>**STIPULATION AND [PROPOSED]~~ ~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Jeremy Fogel<br><br>CMC Date:  Friday, September 3, 2010 |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

1        WHEREAS the Court has set September 3, 2010, for a Further Case Management Conference;

2        WHEREAS the parties are currently briefing the class certification motion served on Defendant

3  on August 20, 2010, and filed under seal by Plaintiffs on August 23, 2010.

4        WHEREAS the hearing on Plaintiffs' Motion For Class Certification Pursuant To Rule 23 is set

5  for December 17, 2010;

6        THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto through their

7  respective undersigned counsel that:

8        1.     The Further Case Management Conference shall be continued to December 17, 2010,

9  immediately after the hearing on Plaintiffs' Motion For Class Certification Pursuant To Rule 23.

Dated: September 1, 2010

               /s/
               Ross L. Libenson
               HOFFMAN & LAZEAR
               Attorney for Plaintiffs

Dated: September 1, 2010

               /s/
               GREGORY W. KNOPP (SBN237615)
               AKIN GUMP STRAUSS HAUER &
               FELD LLP
               Attorney for Defendant

           *(This stipulation has been approved by Gregory W. Knopp)*

**ORDER**

IT IS SO ORDERED.

Dated: _____ Sept. 2 _____, 2010

          United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING MOTION FOR
CERTIFICATION OF CLASS ACTION and BRIEFING SCHEDULE
Case No. C 05 04867-JF (HRL)
(Consolidated for Class Certification Purposes with Case Nos. C-08-4988-JF and C-08-2853-JF)

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF _____

3

      I am employed in the County of _____, State of California.  I am over the age of

4

18 and not a party to the within action; my business address is: _____

_____.  On _____, I served the foregoing document(s) described

5

as: _____ on the interested party(ies)

below, using the following means:

6

SEE ATTACHED SERVICE LIST

7

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

8

☐ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the

9

respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and

mailing, following our ordinary business practices.  I am readily familiar with the firm's practice of

collection and processing correspondence for mailing.  On the same day that correspondence is placed

10

for collection and mailing, it is deposited in the ordinary course of business with the United States

Postal Service, in a sealed envelope with postage fully prepaid at _____, California.

11

12

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an

overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above.  I

13

placed the envelope or package for collection and overnight delivery at an office or a regularly utilized

drop box of the overnight delivery carrier.

14

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed

15

to the respective address(es) of the party(ies) stated above and providing them to a professional

messenger service for service.

16

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the

17

documents to the respective fax number(s) of the party(ies) as stated above.  No error was reported by

the fax machine that I used.  A copy of the record of the fax transmission(s), which I printed out, is

18

attached.

19

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION  Based on a court order or an agreement of the parties

to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the

20

respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable

time after the transmission, any electronic message or other indication that the transmission was

21

unsuccessful.

22

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing

is true and correct.

23

☐ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose

24

direction the service was made.

25

      Executed on _____ at _____, California.

26

_____          _____

27

[Print Name of Person Executing Proof]                    [Signature]

28

3