1

2

3

4

5

6

7

8

9

10

**MARKUN ZUSMAN & COMPTON, LLP**
Jeffrey K. Compton (SBN 142969)
Daria Dub Carlson (SBN 150628)
William A. Baird (SBN 192675)
17383 Sunset Boulevard, Suite A380
Pacific Palisades, California 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

**LAW OFFICE OF STEVEN ELSTER**
Steven Elster (SBN 227545)
785/E2 Oak Grove Road, #201
Concord, CA 94518
Telephone: (925) 324-2159
Facsimile: (925) 945-1276


Attorneys for Plaintiff JOSEPH LANDON

11

12

13

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. CV 08-02853 RMW (HRL)<br><br>[Assigned for all purposes to the Honorable Ronald M. Whyte]<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 21, 2008 |

Plaintiff  Joseph Landon, and Defendant Ernst & Young LLP, by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, the parties Case Management Conference is currently scheduled for Friday, April 27, 2012 at 10:30 a.m.;

**WHEREAS**, the parties have agreed to reschedule the Case Management Conference;

**NOW, THEREFORE**, the parties respectfully request that the case management conference currently scheduled for April 27, 2012 be continued to May 25, at 10:30 a.m., or such other date and time as is convenient for the Court, in Courtroom #6 of the 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

**MARKUN ZUSMAN & COMPTON LLP**

DATED:  April 19, 2012

By:  /s/ William A. Baird
William A. Baird
Attorneys for Plaintiff
Joseph Landon

**AKIN GUMP STRAUSS HAUER & FELD LLP**

DATED:  April 19, 2012

By:  /s/ Gregory William Knopp
Gregory William Knopp
Attorneys for Defendant
ERNST & YOUNG

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2012

_Ronald M. Whyte_

Hon. Ronald M. Whyte
JUDGE, UNITED STATES DISTRICT COURT

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE