*E-FILED: January 31, 2013*

**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of others similarly situated, | No. C08-02853 RW (HRL) |
| Plaintiff, | **ORDER TERMINATING DISCOVERY MOTION** |
| v. | |
| ERNST & YOUNG LLP, ET AL., | |
| Defendants. | |

All discovery matters having been referred to the undersigned for disposition, Plaintiff's motion to compel (Dkt. 102) will be terminated. The parties shall instead comply with the undersigned's Standing Order re Civil Discovery Disputes.

**IT IS SO ORDERED.**

Dated: January 31, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02853 Order will be electronically mailed to:**

Anastasia Melinda Boles: aboles@akingump.com, westdocketing@akingump.com

Catherine A. Conway: cconway@gibsondunn.com

Christopher Blanchard: cblanchard@akingump.com

Damien Paul DeLaney: ddelaney@akingump.com, cayala@akingump.com, westdocketing@akingump.com

Daria Dub Carlson: dcarlson@mzclaw.com, msilver@mzclaw.com

Gregory William Knopp: gknopp@akingump.com, cayala@akingump.com, cpetersen@akingump.com, cseitz@akingump.com, dkucko@akingump.com, rsplendore@akingump.com, tdelcastillo@akingump.com, westdocketing@akingump.com

H. Tim Hoffman: hth@hlsblaw.com

Jeffrey Karl Compton: jcompton@mzclaw.com, anicolai@mzclaw.com, msilver@mzclaw.com, sjison@mzclaw.com, tbaird@mzclaw.com

Steven Stone Elster: manfromcal@sbcglobal.net

William Anthony Baird: tbaird@mzclaw.com, dcarlson@mzclaw.com, mforman@mzclaw.com, msilver@mzclaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**