**E-FILED on**   3/20/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100 inclusive,<br><br>    Defendants. | No. C-08-02853 RMW<br><br>**ORDER REJECTING STIPULATION TO ADJUST TRIAL DATE & REMAINING PRE-TRIAL DEADLINES**<br><br>**[Re Docket No. 106]** |

    Both parties stipulate and request an order extending the trial date and remaining pre-trial dates by approximately four months. The court does not accept the parties stipulation absent a declaration(s) explaining (1) why the discovery could not have been completed within the schedule ordered by the court and (2) why another trial was scheduled for the same day for Landon's counsel. Thus, the court rejects the parties' stipulation with leave to refile.

DATED:     March 20, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REJECTING STIPULATION TO ADJUST TRIAL DATE & REMAINING PRE-TRIAL DEADLINES—No. C-08-02853 RMW LJP