| | |
|---|---|
| **MARKUN ZUSMAN & COMPTON LLP**<br>Jeffrey K. Compton (SBN 142969)<br>jcompton@mzclaw.com<br>William A. Baird (SBN 192675)<br>tbaird@mzclaw.com<br>17383 Sunset Boulevard, Suite A380<br>Pacific Palisades, California 90272<br>Telephone: (310) 454-5900<br>Facsimile: (310) 454-5970 | **LAW OFFICE OF STEVEN ELSTER**<br>Steven Elster (SBN 227545)<br>manfromcal@sbcglobal.net<br>785/E2 Oak Grove Road, #201<br>Concord, CA 94518<br>Telephone: (925) 324-2159 |

Attorneys for Plaintiff Joseph Landon

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Gregory W. Knopp
gknopp@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310)552-6436
Facsimile: (310)229-1001

Attorneys for Defendant Ernst & Young, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C-08-02853 RW (HRL)<br><br>**REVISED STIPULATION AND [] ORDER TO ADJUST TRIAL DATE & REMAINING PRE-TRIAL DEADLINES** |

1    Plaintiff Joseph Landon ("Landon") and Defendant Ernst & Young LLP ("Ernst & Young"),
2 through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, on June 1, 2012, this Court set a schedule including a Settlement Conference
4 with Magistrate Judge Lloyd prior to May 9, 2013; Joint Pretrial Statement due on May 3, 2013;
5 Pretrial Conference on May 9, 2013; and Jury Trial on May 20, 2013;
6    WHEREAS, the parties scheduled a Settlement Conference with the Honorable Judge Lloyd
7 for May 3, 2013;
8    WHEREAS, on March 15, 2013, the Parties filed a stipulation to extend the discovery cut-off
9 date to August 17, 2013; the Joint Pretrial Statement deadline to August 19, 2013; the Pretrial
10 Conference date to September 6, 2013; and the Jury Trial date to September 17, 2013.
11   WHEREAS, on March 20, 2013, the Court denied the stipulation, with leave to re-file, and
12 asked for a declaration explaining the reasons for the requested continuance;
13   WHEREAS, pursuant to the Court's instructions, Landon's counsel provides a declaration,
14 attached hereto, explaining that the parties have engaged in substantial discovery for the past several
15 months and are continuing to meet and confer in good faith regarding the scheduling of depositions
16 and various disputes related to Landon's pending written discovery requests;
17   WHEREAS, at this time of year (tax season), the demands on Ernst & Young and its
18 professionals are especially significant, which makes it very difficult to prepare for and schedule
19 depositions;
20   WHEREAS, the parties have again met and conferred and agree that a more limited
21 continuance of the trial date would enable the parties to complete the outstanding discovery and to
22 engage in a meaningful mediation process; and
23   WHEREAS, Ernst & Young, while preserving all of its positions regarding the pending
24 discovery, agrees to a short continuance of the current pretrial and trial deadlines.
25 ///
26 ///
27 ///
28

1
STIPULATION & [] ORDER TO ADJUST TRIAL DATE & REMAINING
PRE-TRIAL DEADLINES
(CASE NO: C-08-02853-RW)

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The following pretrial and trial schedule will be modified as follows:

   a. The discovery cut-off date will be June 21, 2013=

   b. the Joint Pretrial Statement will be due on July 1, 2013=

   c. the Pretrial Conference will be set for July 13, 2013;

   d. the Jury Trial will be set for July 24, 2013.  This stipulation does not extend or affect the deadlines for disclosing expert witnesses, which have already passed.

Dated:  March 28, 2013            MARKUN ZUSMAN & COMPTON LLP
                                  William A. Baird
                                  Jeffrey K. Compton

                                  LAW OFFICE OF STEVEN ELSTER
                                  Steven Elster



                                  By: /S/   William A. Baird
                                      WILLIAM A. BAIRD
                                      Attorneys For Plaintiff
                                      Joseph Landon

Dated:  March 28, 2013            AKIN GUMP STRAUSS HAUER & FELD, LLP
                                  Gregory W. Knopp



                                  By: /S/ Gregory  W. Knopp
                                      GREGORY W. KNOPP
                                      Attorneys For Defendant
                                      Ernst & Young, LLP

**IT IS SO ORDERED:**
ÖæˆåḰ ⊞F⊞H                        *Ronald M. Whyte* (signature)
                                  Ronald M. Whyte
                                  United States District Judge

2

STIPULATION & [] ORDER TO ADJUST TRIAL DATE & REMAINING
PRE-TRIAL DEADLINES
(CASE NO: C-08-02853-RW)

**ECF CERTIFICATION**

I hereby attest that I have obtained concurrence regarding the filing of this document from each of the signatories within the e-filed document.

DATE:  March 28, 2013

By: /S/   William A. Baird
WILLIAM A. BAIRD