GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER K. PETERSEN (SBN 260631)
TIMOTHY B. DEL CASTILLO (SBN 277296)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
gknopp@akingump.com
cpetersen@akingump.com
tdelcastillo@akingump.com

Attorneys for DEFENDANT ERNST & YOUNG LLP & ERNST & YOUNG U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV- 08-02853-RMW (HRL)<br><br>[PROPOSED] **ORDER RE JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: February 21, 2008 |

## ORDER

Based on the Stipulation of the Parties and good cause having been shown, this action is hereby ***dismissed with prejudice*** in its entirety, pursuant to F.R.C.P. 41(a)(1).

**IT IS SO ORDERED.**

Dated: May GG, 2013          By: _____
                                  Honorable Ronald M. Whyte